452 A.2d 30

Commonwealth v. Kelly, Jr., Appellant.

Submitted April 5, 1982. Edwin B. Barnett, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

452 A.2d 31

Commonwealth v. Lomax, Appellant.

Submitted January 13, 1982. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.